## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

Teresa K. Lyles

    Debtor

:     Case No. 16-55216
:     Chapter 13
:     Judge Caldwell

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Teresa Lyles, through counsel, who respectfully notifies the Court that she has moved and that her new address is as follows:

5650 Equinox Dr. Bldg #9
New Albany OH 43054

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**